# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-01827 SRC |
| | ) | |
| ERDCC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Memorandum and Order

This matter is before the Court on Plaintiff Joseph Michael Devon Engel's motion for leave to proceed *in forma pauperis* on appeal.  Doc. 7.  When the Court dismissed this action on March 18, 2021, the Court stated that an appeal would not be taken in good faith, *see* 28 U.S.C. § 1915(a)(3), and it is not apparent that Engel now seeks appellate review of any issue that is not frivolous.  *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Further, Engel has engaged in the practice of repeatedly filing meritless lawsuits in this Court.  At this time, he has filed over one-hundred meritless lawsuits in this Court, which is an abuse of the judicial process.

Accordingly, the Court denies [7] motion for leave to proceed *in forma pauperis* on appeal.  The Court further orders that Engel shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

So Ordered this 9th day of April 2021.

*/s/ SL R. CR*

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**